IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| KATRINA L. FELTON-FAIRLEY, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> ROBERT M. SPEERS, Acting ) <br> Secretary of the Army, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 1:16cv631-MHT <br> (WO) |

**JUDGMENT**

Pursuant to plaintiff's consent to dismissal (doc. no. 27), which the court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted, and this lawsuit is dismissed in its entirety without prejudice and with the parties to bear their own costs.

It is further ORDERED that all other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of May, 2017.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE